```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18985
   TAMARA D GOLDEN MCGEE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2669

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/15/2007 and was confirmed 01/23/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was converted to chapter 7 after confirmation 01/19/2009.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
 NATIONWIDE LOANS LIMITED  SECURED NOT I         .00             .00             .00
 CITI RESIDENTIAL LENDING  CURRENT MORTG         .00             .00             .00
 CITI RESIDENTIAL LENDING  MORTGAGE ARRE         .00             .00             .00
 US BANK                   NOTICE ONLY     NOT FILED             .00             .00
 CHASE AUTO FINANCE        SECURED VEHIC     18941.36         2904.43         4603.90
 FIRST CREDIT CORP         SECURED            1768.14             .00          560.00
 INTERNAL REVENUE SERVICE  UNSECURED          1572.80             .00          173.08
 INTERNAL REVENUE SERVICE  PRIORITY           7025.54             .00          773.16
 PREMIER BANKCARD          UNSECURED           436.97             .00           48.09
 HOUSEHOLD                 UNSECURED       NOT FILED             .00             .00
 NATIONWIDE ACCEPTANCE CO  UNSECURED          1447.82             .00          159.34
 ST FRANCIS HOSPITAL       UNSECURED       NOT FILED             .00             .00
 TCF BANK                  UNSECURED       NOT FILED             .00             .00
 BLACK EXPRESSIONS BK CLU  UNSECURED       NOT FILED             .00             .00
 TARGET                    UNSECURED       NOT FILED             .00             .00
 PREMIER BANKCARD          UNSECURED           464.16             .00           51.08
 WASHINGTON MUTUAL         UNSECURED       NOT FILED             .00             .00
 SYSTEM CREDIT             UNSECURED       NOT FILED             .00             .00
 NORTHWAY FINANCIAL CORP   UNSECURED       NOT FILED             .00             .00
 FIRST AMERICAN CASH ADVA  UNSECURED          2215.86             .00          243.86
 AMERICASH LOANS LLC       UNSECURED          4408.80             .00          485.19
 COMMONWEALTH EDISON       UNSECURED           369.69             .00           40.69
 RJM AQUISITIONS FUNDING   UNSECURED            95.30             .00             .00
 MARTIN J OHEARN           DEBTOR ATTY        3,000.00                       3,000.00
 TOM VAUGHN                TRUSTEE                                           1,076.86
 DEBTOR REFUND             REFUND                                            1,098.32

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                   15,218.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 18985 TAMARA D GOLDEN MCGEE
```

```
PRIORITY                                                    773.16
SECURED                                                   5,163.90
     INTEREST                                             2,904.43
UNSECURED                                                 1,201.33
ADMINISTRATIVE                                            3,000.00
TRUSTEE COMPENSATION                                      1,076.86
DEBTOR REFUND                                             1,098.32
                                   ---------------    ---------------
TOTALS                                  15,218.00          15,218.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
  Dated: 03/17/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```